PS 42
(Rev 7/93)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 22 2016

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## United States District Court
### Eastern District of Arkansas

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs. ) | |
| ) | |
| Lacy Brooks ) | Case No.  4:15CR00239-1 BRW |
| ) | |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Lacy Brooks____, have discussed with ____Kristy Burton____, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  4-18-16          _____  4-18-16
Signature of Defendant       Date              Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                     4-19-16
Signature of Defense Counsel                   Date

The Assistant U.S. Attorney ☒ does ☐ does not concur with this modification.
☒ The above modification of conditions of release is ordered, to be effective on April 22, 2016.
☐ The above modification of conditions of release is *not* ordered.

_____                     April 22, 2016
Signature of Judicial Officer                 Date